# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**DIONTE DAUGHERTY #630877**          CASE NO. 2:19-CV-00713 SEC P

**VERSUS**                            JUDGE JAMES D. CAIN, JR.

**KEITH COOLEY**                      MAGISTRATE JUDGE KAY

## JUDGMENT

Before the court is a Report and Recommendation [doc. 8] by Magistrate Judge Kathleen Kay, recommending that the instant petition for writ of habeas corpus be dismissed as untimely under 28 U.S.C. § 2244(d).

After a de novo review of the matter, including the objections filed by petitioner Dionte Daugherty, this court concluded that it lacked sufficient information to determine whether the petitioner was entitled to equitable tolling of the limitations period. Doc. 12. By memorandum order dated December 9, 2020, it granted Daugherty an additional 30 days to supplement his recommendations with (1) evidence of the dates on which he submitted his applications for supervisory writs and inquired on their status and (2) an explanation of the delays in these exchanges. *Id.* The court cautioned Daugherty that failure to provide the requested information or adequately explain the delays would result in adoption of the magistrate judge's recommendation.

The court has received no further communication from Daugherty since it issued its order, and Daugherty's time to supplement his objections expired over a week ago. Accordingly, **IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** that the

Report and Recommendation [doc. 8] be **ADOPTED** and that this matter be **DISMISSED WITH PREJUDICE** as time-barred.

**THUS DONE AND SIGNED** in Chambers on this 21st day of January, 2020.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE